UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>              Plaintiff,<br>  v.<br><br>ACRONIS, INC.,<br><br>              Defendant. | Case No.: C-12-01062 PSG<br><br>**ORDER OF RECUSAL** |

I hereby recuse myself from hearing or determining any matters in the above case. The Clerk of Court shall randomly reassign this case.

**IT IS SO ORDERED**.

Dated:   3/5/2012

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 12-01062 PSG
ORDER RE RECUSAL